# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MELISSA CARMONA VALENZUELA,<br>and JOSE MUNOZ PERDOMO,<br><br>　　　　　Defendants. | **4:19CR3048**<br><br>**ORDER** |

Defendants has moved to continue the pretrial motion deadline, (Filing Nos. 56 and 57), because Defendant needs additional time to investigate this case and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendants' motions, (Filing Nos. 56 and 57), are granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before June 3, 2019.

3) **As to both defendants**, trial of this case remains scheduled to commence on June 17, 2019.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and June 3, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as

provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 20, 2019

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge