IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3048 |
| vs. | |
| MELISSA CARMONA VALENZUELA, and JOSE MUNOZ PERDOMO, | ORDER |
| Defendants. | |

Defendant Melissa Carmona Valenzuela has moved to continue the pretrial motion deadline, (Filing No. 66), because Defendant has recently received additional discovery from the government and needs to review that discovery before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Melissa Carmona Valenzuela's motion to continue, (Filing No. 66), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before July 8, 2019.

3) **As to both defendants**, trial of this case remains scheduled to commence on July 29, 2019.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and July 8, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant

additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 25th day of June, 2019.

BY THE COURT:

<u>s/ Cheryl R. Zwart</u>
United States Magistrate Judge