IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSE MUNOZ PERDOMO, <br><br> Defendants. | 4:19CR3048 <br><br> **ORDER** |

Based on the representations of counsel,, Defendant's motion, (Filing No. 65), is granted, and

IT IS ORDERED:

1. procedures Defendant shall be examined to determine his competency to stand trial and to determine whether any mental disease or defect or any other mental condition of the Defendant exists bearing on the issue of his guilt. Specifically, the examiners shall determine: 1) whether Defendant was insane at the time of the alleged offense; and 2) whether Defendant currently has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

2. The examiner(s) conducting such psychiatric and/or psychological examinations are ordered to prepare reports in accordance with 18 U.S.C. § 4247(b) and (c).

3. The examiner(s) shall perform all medical and mental health testing and which, in the examiner's professional judgment, are appropriate and necessary for completing the evaluations and forming the opinions required under this order.

4. Defendant shall submit to and fully cooperate with all testing, procedures, and treatment ordered by the examiner(s).

5. If Defendant must be released from custody to obtain the examination and evaluation required under this order, defense counsel shall promptly contact the undersigned magistrate judge so a hearing or conference call can be scheduled.

Dated this 9th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge