IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:19CR3048** |
| vs. | |
| JOSE MUNOZ PERDOMO, | **ORDER** |
| Defendant. | |

After reviewing the evaluation from the Federal Medical Center, (Filing No. 109), questioning Defendant, (Filing No. 116), and hearing defense counsel's assessment on this issue, the court finds Defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case. Accordingly,

IT IS ORDERED:

1) Defendant is competent to stand trial.

2) Pretrial motions and briefs shall be filed on or before December 20, 2019.

3) The ends of justice outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and December 20, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

November 22, 2019.　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　United States Magistrate Judge